IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE T. McLAUGHLIN,

        Petitioner,                          No. CIV S-07-0643 FCD-DAD P

    vs.

R. SUBIA, et al.,

        Respondents.                   ORDER
_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an incomplete application to proceed in forma pauperis.

        Petitioner's in forma pauperis application does not include a prison official's certification. See 28 U.S.C. § 1915(a)(2). Petitioner's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's April 3, 2007 application to proceed in forma pauperis is denied without prejudice;

        2. Petitioner shall submit, within thirty days from the date of this order a properly completed in forma pauperis application that includes a prison official's certification; petitioner

1

Dockets.Justia.com

is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

        3. The Clerk of the Court is directed to send petitioner an Application to Proceed In Forma Pauperis By a Prisoner for use in a habeas corpus action.

DATED: April 16, 2007.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mcla0643.3e