IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE T. McLAUGHLIN,** | CIV S-07-0643 FCD-DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **R. SUBIA et al.,** | |
| Respondents. | |

Respondents have requested an extension of time to file a response to Petitioner's Petition for Writ of Habeas Corpus. Good cause appearing, Respondents' June 15, 2007 request will be granted. IT IS HEREBY ORDERED that Respondents' shall file a response to Petitioner's Petition for Writ of Habeas Corpus on or before July 18, 2007.

DATED: June 18, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mcla0643.111