1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**GEORGE T. McLAUGHLIN,**                          CIV S-07-0643 FCD-DAD P

12
                                      Petitioner,   **ORDER**
13

              **v.**

14

**R. SUBIA et al.,**

15

                                      Respondents.

16

17         Respondents have filed a second request for an extension of time to respond to

18   Petitioner's Petition for Writ of Habeas Corpus.  Good cause appearing, IT IS HEREBY

19   ORDERED that Respondents' response to Petitioner's Petition for Writ of Habeas Corpus be

20   filed on or before August 17, 2007.

21   DATED: July 25, 2007.

22

23   _____

     DALE A. DROZD

24   UNITED STATES MAGISTRATE JUDGE

25

26   /mcla0643.111(2)

27

28