IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE T. MCLAUGHLIN,

    Petitioner,                    No. CIV S-07-0643 FCD DAD P

    vs.

R. SUBIA, et al.,

    Respondents.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the court are several of petitioner's requests.

        First, petitioner has filed a motion to allow discovery in this case. In particular, petitioner requests copies of all transcripts and documents respondents cite in their answer. Petitioner argues only that he cannot file a reply without these documents. On September 24, 2007, petitioner filed a 119-page reply. Accordingly, the court will deny petitioner's motion.

        Petitioner also filed a request for an extension of time to file his reply. However, as indicated above, petitioner timely filed his reply on September 24, 2007. Accordingly, the court will deny petitioner's request as unnecessary.

/////

Finally, petitioner has filed a motion for appointment of counsel. As this court previously advised, there currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). Although 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require, see Rule 8(c), Fed. R. Governing § 2254 Cases, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's August 24, 2007 motion to allow discovery in this action is denied;

2. Petitioner's September 4, 2007 request for an extension of time to file a reply is denied as unnecessary; and

3. Petitioner's August 28, 2007 motion for appointment of counsel is denied.

DATED: October 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mcla0643.110+