IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE T. McLAUGHLIN,

          Petitioner,

    v.

R. SUBIA, et al.,

          Respondent

Case No. 2:07-cv-00643-RSM

ORDER OF REFERENCE

IT IS ORDERED that this matter is referred to United States Magistrate Judge John L. Weinberg, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3 and 4, and Fed. R. Civ. P. 72.

The Magistrate Judge shall hear and enter into the record a Report and Recommendation. Any objection to the recommended disposition of the matter shall be made and heard in accordance with Fed. R. Civ. P. 72(b), 28 U.S.C. §636(b)(1), Local Rule MJR 4.

Dated the 30 day of September, 2009

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER- 1